UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **MATTHEW SCOTT BEASON,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08-2034 |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| Defendant. ) | |

# O R D E R

In July 2006, Administrative Law Judge (hereinafter "ALJ") Barbara Welsch denied Plaintiff Matthew Beason's application for disability insurance benefits and supplemental security income. The ALJ based her decision on findings that Plaintiff was able to perform his past relevant work and, alternatively, he can perform jobs that exist in significant numbers in the national economy.

In January 2008, Plaintiff filed a Complaint (#1) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In July 2008, Plaintiff filed a Motion for Summary Judgment (#11). In September 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#14). In October 2008, Plaintiff filed a Reply Memorandum in Response to Comissioner's [*sic*] Memorandum in Support of Its Motion for Summary Affirmance (#15).

After reviewing the administrative record and the parties' memoranda, this Court granted Plaintiff's Motion for Summary Judgment (#11). Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#14)**.

ENTER this 17th day of April, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE